Case No. 01-B-15472 (SMB)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of

BEST PAYPHONES, INC.,

                                                  Debtor

NOTICE OF APPEAL

MAYNE MILLER

21-55 45th Road, 2nd Floor
Long Island City, New York
Mail: P.O. Box 8050, G.P.O.
New York, NY 10116
(718) 472-1900
Attorney for Debtor-Appellant

To: Arnall, Golden, Gregory
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500
Attorneys for Creditor-Appellee

U.S. Trustee's Office
33 Whitehall Street
New York, NY 10004
(212) 510-0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In the Matter of<br><br>MAYNE MILLER,<br><br>                                     Debtor | Case No. 01-B-15472 (SMB)<br>Chapter 11<br>NOTICE OF APPEAL |
|---|---|

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FROM A FINAL ORDER OF THE BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF NEW YORK**

The Debtor, BEST PAYPHONES, INC., hereby appeals to the United States District Court for the Southern District of New York from the Order of the Bankruptcy Court entered on the 5th day of November, 2007, as the final order in the contested matter of the Objection of the Debtor to the Proof of Claim filed by Verizon New York, Inc. ("Verizon"), from each and every part thereof, and from all prior orders affecting said final order and the amount and extent of Verizon's Proof of Claim as allowed. The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

      Best Payphones, Inc., Debtor; attorney: Mayne Miller, 21-55 45th Road, 2nd Floor, Long Island City, New York, Mail: P.O. Box 8050, G.P.O., New York, NY 10116, (718) 472-1900.

      Verizon New York, Inc., Claimant; attorneys: Arnall, Golden, Gregory, 171 17th Street NW, Suite 2100, Atlanta, GA 30363, (404) 873-8500

      United States Trustees' Office, 33 Whitehall Street, New York, NY 10004, (212) 510-0500

Dated: New York, New York
      November 15, 2007

/s/ Mayne Miller
MAYNE MILLER
21-55 45th Road, 2nd Floor
Long Island City, New York
Mail: P.O. Box 8050, G.P.O.
New York, NY 10116
(718) 472-1900
Attorney for Debtor-Appellant