IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                                           :
In re                                                      :
                                                           :
BEST PAYPHONES, INC.,                  :   Case No. 01-B-15472 (SMB)
                                                           :
                    Debtor.                          :
-----------------------------------------------------------X
                                                           :
BEST PAYPHONES, INC.,                  :
                                                           :
                    Appellant,                    :
                                                           :
        v.                                                :   Civil Action No. 08-2553 (GEL)
                                                           :
VERIZON NEW YORK INC.,              :
                                                           :
                    Appellee.                       :
-----------------------------------------------------------X
```

## MOTION TO DISMISS APPEAL

For the reasons set forth in its separately filed *Memorandum Of Law In Support Of Motion To Dismiss Appeal*, Appellee Verizon New York Inc. ("Verizon") hereby moves to dismiss the appeal of Best Payphones, Inc. of the *Final Order of the Bankruptcy Court of the Southern District of New York*, entered by the United States Bankruptcy Court for the Southern District of New York on November 5, 2007.

2354022v1

WHEREFORE, Verizon respectfully requests that the Court dismiss the Appeal.

Dated:  April 25, 2008

          Respectfully submitted,

          ARNALL GOLDEN GREGORY LLP

          /s/Darryl S. Laddin
          Darryl S. Laddin (DL-5130)
          Frank N. White (Georgia Bar No. 753377)

          171 17th Street NW, Suite 2100
          Atlanta, GA 30363-1031
          (404) 873-8500

          Attorneys for Verizon New York Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of April, 2007, I caused to be served the foregoing document by causing true and correct copies of same, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the following:

> George M. Gilmer, Esq.
> 943 Fourth Avenue
> Brooklyn, NY 11232

                                            /s/Darryl S. Laddin
                                            Darryl S. Laddin