IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re :
:
BEST PAYPHONES, INC., : Case No. 01-B-15472 (SMB)
:
Debtor. :
---------------------------------------------------------------X
:
BEST PAYPHONES, INC., :
:
Appellant, :
:
v. : Civil Action No. 08-2553 (GEL)
:
VERIZON NEW YORK INC., :
:
Appellee. :
---------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS APPEAL

For the reasons set forth in its separately filed *Memorandum Of Law In Support Of Motion To Dismiss Appeal*, please take notice that Appellee Verizon New York Inc. ("Verizon") has moved to dismiss the appeal of Best Payphones, Inc. of the *Final Order of the Bankruptcy Court of the Southern District of New York*, entered by the United States Bankruptcy Court for the Southern District of New York on November 5, 2007.

2357067v1

Dated: April 30, 2008

                    Respectfully submitted,

                    ARNALL GOLDEN GREGORY LLP

                    /s/Darryl S. Laddin
                    Darryl S. Laddin (DL-5130)
                    Frank N. White (Georgia Bar No. 753377)

                    171 17th Street NW, Suite 2100
                    Atlanta, GA 30363-1031
                    (404) 873-8500

                    Attorneys for Verizon New York Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of April, 2007, I caused to be served the following documents: Notice of Motion to Dismiss Appeal, Motion to Dismiss Appeal, and Memorandum of Law in support of Motion to Dismiss Appeal by causing true and correct copies of same, enclosed securely in a postage pre-paid envelope, to be delivered by first class mail to the following:

      George M. Gilmer, Esq.
      943 Fourth Avenue
      Brooklyn, NY 11232

      /s/Darryl S. Laddin
      Darryl S. Laddin