UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                      :

In re                                                                   :

BEST PAYPHONES, INC.,                         :        Case No. 01-B-15472 (SMB)

                        Debtor.                   :
-------------------------------------------------------------X
                                                                   :

BEST PAYPHONES, INC.,                         :

                        Appellant,              :

                   v.                          :        Civil Action No. 08-2553 (GEL)

VERIZON NEW YORK INC.,                       :

                                                           :        **NOTICE OF APPEARANCE**

                        Appellee.               :
-------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned has been retained as Counsel for the Plaintiff in the above-caption and files a Notice of Appearance on Plaintiff's behalf. Please forward any papers or matters relating to this case to the address listed below.

Dated: May 2, 2008

                                             /s/ George M. Gilmer (gg5479)
                                           George M. Gilmer, Esq.
                                           Attorney for the Plaintiff
                                           943 Fourth Avenue
                                           Brooklyn, NY 11232
                                           718 788 0100
                                           GeorgetheLawyer@aol.com
                                           ggilmerlawoffice@yahoo.com