UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                    :

In the matter of                                    :          **Case No. 01-B-15472 (SMB)**
                                                      :          **Chapter 11**
BEST PAYPHONES, INC.,                :
                        Debtor      :
                                                      :
------------------------------------------------------------x
                                                          :
BEST PAYPHONES, INC.,                :          **Docket No. 08-CV-2553 (GEL)**
                                                          :
                Debtor-Appellant,    :
   -against-                                   :          **NOTICE OF MOTION**
                                                          :          **FOR RECONSIDERATION**
VERIZON NEW YORK, INC.,            :
                                                          :
                Claimant-Appellee. :
                                                          :
------------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the annexed Memorandum of GEORGE M. GILMER, ESQ., and upon all papers and proceedings heretofore had herein, the undersigned will move this Court pursuant to Local Rule 6.3, before the Hon. Gerard E. Lynch, Judge of the District Court at the District Courthouse, 500 Pearl Street New York, New York, Room 900, on the 18th day of July, 2008, at 10:00 o'clock in the forenoon thereof, or as soon thereafter as counsel can be heard, for an Order pursuant to Fed.R.Civ.P. 59 granting reconsideration of the Judgment, entered on June 5, 2008, that dismissed the above-entitled action, on the grounds that the Court overlooked controlling principles of law as well as material facts and granting such other and further relief as the Court deems necessary and proper in the circumstances.

     PLEASE TAKE FURTHER NOTICE that pursuant to the Local Rules of the United States District Court for the Southern District of New York, any answering papers must be served on the undersigned not later than ten (10) business days after service of this motion is complete.

Dated: Brooklyn, New York,
      June 19, 2008

                                              Yours, etc.,
                                              /s/ George M. Gilmer
                                              GEORGE M. GILMER, ESQ. (GG-5479)
                                              943 Fourth Avenue
                                              Brooklyn, NY 11232
                                              718-788-0100

To: Arnall Golden Gregory LLP
     171 17th St NW, Suite 2100
     Atlanta, GA 30363
     Attn.: Darryl Laddin, Esq.
     (404) 873-8500