UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: BEST PAYPHONES, INC.,                    Case No. 01-B-15472 (SMB)
                                                Chapter 11
                Debtor
-----------------------------------------------------------------X
                                                NOTICE OF APPEAL
BEST PAYPHONES, INC.

                Debtor-Appellant,

                v.                            08-Civ-2553(GEL)

VERIZON NEW YORK, INC.

                Claimant-Appellee.
-----------------------------------------------------------------X

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT FROM THE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

COUNSEL:

    PLEASE TAKE NOTICE that the Debtor-Appellant in the above-entitled action hereby appeals to the United States Court of Appeals for the Second Circuit from: 1) an Order dated and entered on June 2, 2008, dismissing an appeal from the Bankruptcy Court; 2) the Judgment related to said Order dated and entered on June 5, 2008; and 3) the Order dated and entered on July 21, 2008, denying a Motion for Reconsideration made pursuant to Fed.R.Civ.P 59.

    The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

George M. Gilmer, Esq.
943 Fourth Avenue
Brooklyn, NY 11232
(718) 788-0100
Attorney for Debtor-Appellant

To: Arnall, Golden & Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500
Attorneys for Creditor-Appellee

Dated: Brooklyn, New York
      August 18, 2008

*/s/ George M. Gilmer*

GEORGE M. GILMER, ESQ. (GG-5479)
943 Fourth Avenue
Brooklyn, New York 11232
(718) 788-0100
Attorney for Plaintiff